FILED

AUG - 9 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

1 | Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
2 | Orange, CA 92868
Phone  (714) 621-0200
3 | Fax    (714) 621-0277

4                          **United States Bankruptcy Court**
                            **Central District of California**
5

6                                             ) Chapter 13
                                              )
7   JOSE LUIS BARAJAS                         ) Case No.: 8:09-bk-23335-TA
                                              )
8                                             ) **NOTICE OF UNCLAIMED DIVIDEND**
                                              ) **(Bankruptcy Rule 3011)**
9                                             )
                                              )
10                                            )
                                              )
11  _____

12       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13       Please find annexed hereto Check No. **300818** in the sum of **$2,257.51**

14  representing an unclaimed dividend in the above-entitled Debtor's estate.

15  Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

16  address of the party entitled to said unclaimed dividend is as follows:

17       JOSE LUIS BARAJAS
         1120 EAST BUOY AVENUE
18       ORANGE, CA 90630

19
    Date: August 7, 2010
20                                    _____
                                      Amrane Cohen, Chapter 13 Standing Trustee
21

22

23

24

25

26

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0923335 | JOSE LUIS BARAJAS | XXX-XX-0101 | 2,257.51 | 0.00 | 2,257.51 |
| | ACCT: | Claim: 00000 | | | |
| | | TOTALS | 2,257.51 | 0.00 | 2,257.51 |

JOSE LUIS BARAJAS

BALANCE:                    [0.00  1/00000]
SSN: XXX-XX-0101    SSN:
ACCT:                              CASE: 0923335
PRINCIPAL:      2,257.51   INTEREST:              0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

**0300818**

Jul 23, 2010

VOID 90 DAYS FROM DATE

*****$2,257.51

**PAY**    Two Thousand Two Hundred Fifty Seven And 51/ 100 Dollars

**TO THE**
**ORDER OF**

*U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012